**Robert PETKOFF, Appellant,**

v.

**JUNIOR COLLEGE DISTRICT OF METROPOLITAN KANSAS CITY, Missouri, Respondent.**

**No. WD 72649.**

Missouri Court of Appeals, Western District.

June 21, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 2011.

Application for Transfer Denied Oct. 4, 2011.

Jonathan Sternberg, for Appellant.

Ian P. Cooper, for Respondent.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, THOMAS H. NEWTON, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Robert Petkoff appeals the trial court's judgment upon a jury verdict in favor of the Junior College District of Metropolitan Kansas City, Missouri, on Petkoff's disability discrimination claim. On appeal, Petkoff contends that the trial court erred in granting a directed verdict on his retaliation claim and in submitting a jury instruction defining the word "disability." Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).